UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00067

**Ezequiel Gonzalez,**
*Plaintiff,*

v.

**Patrick Cooper et al.,**
*Defendants.*

# ORDER

Plaintiff, a prisoner of the Texas Department of Criminal Justice proceeding pro se and in forma pauperis, filed this action under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's claims against defendants Cooper and Shirey be dismissed for failure to state a claim upon which relief can be granted. Doc. 22 at 5. Plaintiff received the report but did not file objections. Doc. 24.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims against defendants Cooper and Shirey are dismissed. Plaintiff's remaining claims shall proceed as instructed by separate order. *See* Doc. 23.

*So ordered by the court on December 16, 2025.*

J. CAMPBELL BARKER
United States District Judge