UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00067

**Ezequiel Gonzalez,**
*Plaintiff,*
v.
**FNU Adewumi,**
*Defendant.*

# ORDER

Plaintiff, a prisoner of the Texas Department of Criminal Justice proceeding pro se and in forma pauperis, filed this civil rights lawsuit under 42 U.S.C. § 1983. Doc. 20. The case was referred to a magistrate judge, who issued a report recommending that the court grant defendant's motion to dismiss in part and dismiss plaintiff's official-capacity claims against defendant. Doc. 31 at 17. Plaintiff filed written objections. Doc. 38.

The court reviews objected-to portions of a magistrate judge's report and recommendation de novo. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). Here, the magistrate judge recommended dismissal of plaintiff's official-capacity claims but did not recommend dismissal of plaintiff's individual-capacity claims. Doc. 31 at 8–9, 16. Plaintiff does not offer any basis in his objection to reject that recommendation, which the magistrate judge makes under the law of sovereign immunity. *Id.*

Having reviewed the magistrate judge's report de novo and being satisfied that it contains no error, the court overrules the defendant's objection and accepts the report's findings and recommendation. The court grants defendants' motion to dismiss (Doc. 27) as to plaintiff's official-capacity claims against defendant. In all other respects, the court denies the motion to dismiss.

*So ordered by the court on August 11, 2026.*

J. CAMPBELL BARKER
United States District Judge